**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **YENDRI HERRERA HERNANDEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-852-KC** |
| | § | |
| **MICHAEL WATKINS et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the case. On March 27, 2026, the Court ordered Respondents to show cause why Herrera Hernandez's Petition for a Writ of Habeas Corpus, ECF No. 1, should not be granted. Mar. 27, 2026, Order 3, ECF No. 2. In their Response, ECF No. 5, Respondents argue that Herrera Hernandez is subject to an order of removal, which became final on January 22, 2026, and his current detention is lawful. *Id.* at 5–6, 12–14. Herrera Hernandez has been detained since July 2025, following an arrest by local law enforcement. Pet. ¶¶ 4, 11; Resp. Ex. B ("Record of Deportable/Inadmissible Alien") 2, ECF No. 5-2.

"[A]n alien [may] rely on 28 U.S.C. § 2241 to challenge [their] detention." *Zadvydas v. Davis*, 533 U.S. 678, 688 (2001). Prolonged detention of non-citizens under a final order of removal can become unconstitutional when detention exceeds six months. *Zadvydas v. Davis*, 533 U.S. 678, 689–90 (2001). In certain circumstances, detainees may challenge their detention before the presumably reasonable period of detention for removal is reached. *See Trejo v. Warden of ERO El Paso E. Montana*, --- F.Supp.3d ----, 2025 WL 2992187, at *6–7 (W.D. Tex. Oct. 24, 2025).

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status update, **by no later than June 22, 2026**, stating whether Herrera Hernandez has been removed, and if not, specifying:

(1) What concrete steps have been taken to effectuate Herrera Hernandez's removal,

(2) What obstacles exist to effectuating Herrera Hernandez's removal, such as issuance of travel documents,

(3) What concrete steps have been taken to address the existing obstacles, and

(4) The anticipated timeline for Herrera Hernandez's removal from the United States.

**SO ORDERED**.

**SIGNED this 7th day of April, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2